

NUMBER 13-19-00102-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF J.P. AND B.P., CHILDREN

On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Chief Justice Contreras**

Appellant Artemio Perez appealed an order signed on March 18, 2019 confirming support arrearage in cause number F-0339-17-6 in the County Court at Law No. 6 of Hidalgo County, Texas. We dismiss his appeal.

On March 21, 2019, the Clerk of this Court notified appellant that his notice of appeal was defective because it failed to comply with Texas Rule of Appellate Procedure 25.1(d). *See* TEX. R. APP. P. 25.1(d). The Clerk directed appellant to file an amended

notice of appeal with the trial court within thirty days from the date of that notice. Appellant did not do so.

On April 24, 2019, the Clerk notified appellant that the defect in his notice of appeal had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days. Appellant did not correct the defect in his notice of appeal or take any other action to prosecute this appeal.

An appellate court may dismiss a civil appeal for want of prosecution or because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c). Here, appellant has failed to comply with the requirements of the appellate rules and notices from the clerk requiring a response or other action within a specified time. Accordingly, we dismiss the appeal. *See id.* R. 37.3; *id.* R. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed the
6th day of June, 2019.

2